PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Ariel Albelardo Aragones**

**Docket No. 0:02CR00202-001(RHK)**

**Petition on Supervised Release**

COMES NOW **Dennis E. Bresnahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Ariel Albelardo Aragones** who was sentenced for Conspiracy With Intent to Distribute Methamphetamine, on January 21, 2003, by the Honorable Richard H. Kyle, sitting in the court at St. Paul, MN, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug aftercare and urinalysis

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On March 23, 2005, the defendant was arrested by the West St. Paul, Minnesota, Police Department for Driving Under the Influence of Alcohol. The case is currently pending in Ramsey County.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 25 hours of community service, as directed by the probation officer.

ORDER OF THE COURT

Considered and ordered this 6th day of April, 2005 , and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
U.S. District Judge
c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Dennis E. Bresnahan
U.S. Probation Officer

Executed on April 5, 2005
Place St. Paul

SCANNED
APR 0 6 2005
U.S. DISTRICT COURT ST. PAUL