Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Ariel Albelardo Aragones

Docket No. 0:02CR00202-001(RHK)

## HEARING WAIVER

I, Ariel Albelardo Aragones, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

Signed: [signature]
Ariel Albelardo Aragones
Supervised Releasee

Witness: [signature]

Dated: May 31, 2005

SCANNED
JUN 16 2005
U.S. DISTRICT COURT ST. PAUL