PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Ariel Albelardo Aragones**

**Docket No. 0:02CR00202-001(RHK)**

**Petition on Supervised Release**

COMES NOW **Dennis E. Bresnahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Ariel Albelardo Aragones** who was sentenced for Conspiracy to Possess With Intent to Distribute Methamphetamine, on January 21, 2003, by the Honorable Richard H. Kyle, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug treatment
- Substance abuse testing
- Cooperate with Immigration and Naturalization Services

*Modified as of 4/6/2005*:

25 hours of community service

*Modified as of 6/7/2005*:

Abstain from the use of alcohol and other intoxicants

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

On December 5, 2005, the defendant provided a breath sample which tested positive for the presence of alcohol.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate in a remote alcohol monitoring program for a period of 60 days. The defendant will not be responsible for the costs. The defendant shall remain at home from the hours of 9 p.m. until 6 a.m. the following day for the purposes of alcohol testing.

SCANNED
DEC 22 2005
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 21st day of December, 2005, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
Senior U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Dennis E. Bresnahan
U.S. Probation Officer

Executed on December 20, 2005
Place St. Paul