Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Ariel Albelardo Aragones

Docket No. 0:02CR00202-001(RHK)

**HEARING WAIVER**

I, Ariel Albelardo Aragones, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate in a remote alcohol monitoring program for a period of 60 days. The defendant will not be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing.

Signed:

Ariel Aragones

Ariel Albelardo Aragones
Supervised Releasee

Witness:

Dennis E. Bresnahan
U.S. Probation Officer

Dated: December 19, 2005

SCANNED
DEC 22 2005
U.S. DISTRICT COURT ST. PAUL